UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOSEPH AGEE, | ) | CASE NO. C08-1718-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| STEVE SUNDBORG, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is a Washington state prisoner who filed a civil rights complaint pursuant to 42 U.S.C. § 1983 on December 16, 2008. (Dkt. No. 6). On that date, the Court directed plaintiff to file an amended complaint within 30 days to correct deficiencies in the complaint. (Dkt. No. 7). The Court advised plaintiff that if he did not file a timely amended complaint, the Court "will recommend that this matter be dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted." (Dkt. No. 7 at 2-3). On December 31, 2008, plaintiff requested a 90-day extension of time to file an amended complaint. (Dkt. No. 8). The Court granted the request in part, giving plaintiff 60 days, or until March 16, 2009, to file the amended complaint. (Dkt. No. 9). As of the date of this Report & Recommendation,

REPORT AND RECOMMENDATION
PAGE -1

however, plaintiff has neither filed an amended complaint nor sought an additional extension of time to do so. Accordingly, the Court recommends that the complaint and this action be dismissed without prejudice. A proposed Order is attached.

DATED this 24th day of March, 2009.

s/ Mary Alice Theiler
United States Magistrate Judge