```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

      APR 17 2009
       AT SEATTLE
    CLERK U.S. DISTRICT COURT
 BY WESTERN DISTRICT OF WASHINGTON
                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH AGEE, | ) CASE NO. C08-1718-JLR |
| Plaintiff, | ) |
| v. | ) ORDER DISMISSING CASE |
| STEVE SUNDBERG, *et al.*, | ) |
| Defendants. | ) |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint and this action are DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted; and

(3) The Clerk is directed to send a copy of this Order to plaintiff and to Judge Theiler.

DATED this 17th day of April, 2009.

                                        */s/ James L. Robart*
                                        JAMES L. ROBART
                                        United States District Judge

ORDER DISMISSING CASE
PAGE -1

08-CV-01718-ORD